IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   George, Ruthie | Case Number:  05 B 30217 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  8/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 22, 2008
Confirmed: September 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,100.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 6,750.03 |
| Priority: | | 0.00 |
| Administrative: | | 1,875.00 |
| Trustee Fee: | | 474.97 |
| Other Funds: | | 0.00 |
| Totals: | 9,100.00 | 9,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,875.00 | 1,875.00 |
| 2. | Honda Finance Services | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | Aurora Loan Service | Unsecured | 3,798.80 | 2,960.10 |
| 5. | LS Ayers & Company | Unsecured | 850.49 | 662.72 |
| 6. | Blair Corporation | Unsecured | 844.04 | 657.69 |
| 7. | ECast Settlement Corp | Unsecured | 3,169.53 | 2,469.52 |
| 8. | Neighborhood Housing/Lending Services | Secured | | No Claim Filed |
| 9. | CitiFinancial | Unsecured | | No Claim Filed |
| 10. | Fingerhut | Unsecured | | No Claim Filed |
| 11. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,537.86 | $ 8,625.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 94.58 |
| 5% | 125.26 |
| 4.8% | 93.59 |
| 5.4% | 140.41 |
| 6.5% | 21.13 |
| | _____ |
| | $ 474.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  George, Ruthie

Printed: 9/3/08

Case Number: 05 B 30217
Judge: Goldgar, A. Benjamin
Filed: 8/2/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

